No. 88–2083. LINCOLN HOMES, INC., ET AL. *v.* FEDERAL SAVINGS AND LOAN INSURANCE CORPORATION, AS RECEIVER FOR FIRST SOUTHERN SAVINGS ASSOCIATION OF JACKSON COUNTY, MISSISSIPPI. C. A. 5th Cir. Certiorari denied.

No. 88–2084. AZAR *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 88–2087. NATIONAL AUTOMATIC PRODUCTS CO. *v.* AMERICAN AIRLINES, INC. (EX-CELL-O CORP., REAL PARTY IN INTEREST). Sup. Ct. Okla. Certiorari denied.

No. 88–2089. OLYMPIA ROOFING CO. ET AL. *v.* HENICAN ET AL. Ct. App. La., 4th Cir. Certiorari denied.

No. 88–2090. WILSON ET AL. *v.* DEUKMEJIAN ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–2091. ACHILLES CONSTRUCTION CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied.

No. 88–2093. RICHARDSON ENGINEERING CO. *v.* WILLIAM L. CROW CONSTRUCTION CO. C. A. 2d Cir. Certiorari denied.

No. 88–2094. FAGAN *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 88–2095. AXIS, S. P. A. *v.* MICAFIL, INC. C. A. 6th Cir. Certiorari denied.

No. 88–2096. BOLTON ET AL. *v.* TESORO PETROLEUM CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–2097. GOODMAN, DBA SUREFIT DENTAL LAB ET AL. *v.* KENTUCKY BOARD OF DENTISTRY. Ct. App. Ky. Certiorari denied.

No. 88–2099. JUGOMETAL ENTERPRISE FOR IMPORT & EXPORT OF ORES & METALS *v.* IRVING ET AL. C. A. 5th Cir. Certiorari denied.